**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **1st** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Aleida Garcia** | JOINT DEBTOR: | **Rafael Rivero** | CASE NO.: | |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-9969** | Last Four Digits of SS# | **xxx-xx-9319** | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **898.92** for months **1** to **9** ;
B. $ **2,539.96** for months **10** to **36** ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **6,000.00** TOTAL PAID $ **2,000.00**
Balance Due $ **4,000.00** payable $ **142.22** /month (Months **1** to **9**)
$ _____ payable $ **53.33** /month (Months **10** to **60**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**BSI Financial Services**
**PO Box 660605;**
**Dallas, TX 75266**

| | | |
|---|---|---|
| Address: | Arrearage on Petition Date $ **35,664.02** | |
| | Arrears Payment $ _____ /month (Months _ to _) | |
| Account No: **xxxxxx5931** | Regular Payment $ **725.23** /month (Months **1** to **9**) | |
| Account No: **xxxxxx5931** | Arrears Payment $ **699.30** /month (Months **10** to **60**) | |
| Account No: **xxxxxx5931** | Regular Payment $ **1,410.75** /month (Months **10** to **60**) | |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | 0% | $ | **0** To **0** | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-** Total Due $ _____
Payable $ _____ /month (Months _ to _) Regular Payment $ _____

Unsecured Creditors: Pay $**122.58**/month (Months **10** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**
**Assumed Contracts and/or Leases**
**-NONE-**
**The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Aleida Garcia**                    **/s/ Rafael Rivero**
**Aleida Garcia**                         **Rafael Rivero**
Debtor                                         Joint Debtor
Date: **October 4, 2016**           Date: **October 4, 2016**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy